**Order entered April 15, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-12-01485-CR
No. 05-12-01486-CR
No. 05-12-01487-CR

**LOUIS HANCOCK DAITCH, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 3
Dallas County, Texas
Trial Court Cause Nos. F04-44009-J, F11-45639-J, F11-45640-J**

## ORDER

The Court **REINSTATES** the appeal.

On April 8, 2013, we ordered the trial court to make findings regarding why the reporter's record had not been filed. On April 9, 2013, we received the record. Therefore, in the interest of expediting the appeal, we **VACATE** the April 8, 2013 order requiring findings.

Appellant's brief is due within thirty days of the date of this order.

/s/    DAVID EVANS
        JUSTICE